UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FELIX ORTIZ LEON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MERCED, a municipal Corporation; MERCED POLICE DEPARTMENT OFFICER BRYAN SAELEE, Individually; MERCED POLICE DEPARTMENT CHIEF NORM ANDRADE, in his Official Capacity; and DOES 1 THROUGH 50, Jointly and Severally,<br><br>　　　　Defendants. | No. 1:14-cv-01129-GEB-SAB<br><br>**ORDER DENYING DISMISSAL MOTION AS MOOT** |

Defendants filed a motion to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6) on August 25, 2014. (ECF No. 13.) However, Plaintiff filed a First Amended Complaint on September 15, 2014, (ECF No. 14), which is now the operative pleading. See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989) (stating "an amended pleading supersedes the original"). Since the referenced dismissal motion does not address the operative pleading, it is denied as moot.

Dated: September 18, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1