**LAW OFFICE OF SANJAY S. SCHMIDT**
Sanjay S. Schmidt, SBN 247475
1686 Second Street, Suite 219
Livermore, CA 94550
TEL: (925) 215-7733
FAX: (925) 455-2486

Attorney for Plaintiff

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
TEL:  916.929.1481
FAX: 916.927.3706

Attorney for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FELIX ORTIZ LEON,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY OF MERCED, a municipal corporation, MERCED POLICE DEPARTMENT OFFICER BRYAN SAELEE, Individually, MERCED POLICE DEPARTMENT CHIEF NORM ANDRADE, in his Official Capacity, and DOES 1 THROUGH 50, Jointly and Severally,<br><br>           Defendants.<br>_____/ | Case No.:  1:14-CV-01129-GEB-SAB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date:   March 16, 2015<br>Time:  9:00 a.m.<br>Dept:   10<br>Judge: Hon. Garland E. Burrell, Jr.<br><br>Second Amended Filed: January 19, 2015 |

///

///

///

///

**1**
**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**
{01368351.DOC}

The parties herein, by and through their attorneys of record, agree and stipulate to continue Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint currently set for March 16, 2015 to April 17, 2015 at 9:00 a.m. before Judge Garland E. Burrell, Jr.  The opposition and reply to the Motion to Dismiss will coincide with the hearing date of April 17, 2015, and the opposition will be due on April 3, 2015 and the reply will be due on April 10, 2015.

Respectfully submitted,

Dated: February 24, 2015        LAW OFFICE OF SANJAY S. SCHMIDT

   /s/ Sanjay S. Schmidt (as authorized on 02.23.15)[1]
   SANJAY S. SCHMIDT
   Attorney for Plaintiff
   JOSE FELIX ORTIZ LEON


Dated: February 24, 2015        PORTER SCOTT
                                A PROFESSIONAL CORPORATION

                                /s/ John R. Whitefleet
                                John R. Whitefleet
                                Attorneys for Defendants CITY OF MERCED, BRYAN SAELEE and NORM ANDRADE

## [PROPOSED] ORDER

Having reviewed the above stipulation, IT IS HEREBY ORDERED that Defendants Motion to Dismiss Plaintiff's Second Amended Complaint is continued to April 17, 2015 at 9:00 a.m.

IT IS FURTHER ORDERED, that the opposition will be due on April 3, 2015 and the reply will be due on April 10, 2015;

IT IS SO ORDERED.

Dated:  February 24, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] Per Local Rule 131(e), approval has been obtained to submit this document on counsel's behalf.